**Plaintiffs' Exhibit 39**

| | JACCS | CIS |
|---|---|---|
| PDID # | Booking.CID | DEFENDNT.DEF-PDID-NO |
| | | DEFNAME.DEF-LAST-NAME, |
| | | DEFNAME.DEF-FRST-NAME, |
| Name | Booking.LastName, Booking.FirstName, Booking.Middle | DEFNAME.DEF-MIDL-INIT |
| DOB | Booking.Birth | DEFNAME.DEF-BIRTH-DATE |
| Case Number | Charges.Casenum | CASCOUNT.CASE-NO, |
| | | CASCOUNT.CASE-COUNT-LETTER |
| Offense | Charges.Chcode | CASCOUNT.CHRG_CODE |
| | | CASCOUNT.CONFIME-PER-FROM, |
| | Charges.Maxdays, Charges.Maxmths, Charges.Maxyrs, | CASCOUNT.CONFIME-PER-TYPE-1, |
| Sentence | Charges.Mindays, Charges.Minmths, Charges.Minyrs, | CASCOUNT.CONFIME-PER-TO, |
| Case Disposition | Charges.Disposit | CASCOUNT.CONFIME-PER-TYPE-2 |
| Disposition Date | Charges.Disdate | CASCOUNT.CASE-DISP-CODE |
| Hearing Date | Charges.Heardate | CASCOUNT.CASE-DISP-DATE |
| Judge | Charges.Judge | CASCOUNT.CASE-CONTINUED-DATE |
| Bond Status | Bond.BStatus | CASCOUNT.JUDGE-CODE |
| Bond Amount | Bond.ReqBond | CASE.BOND-STATUS-CODE |
| | | CASCOUNT.BOND-AMT |