

PLAINTIFF'S EXHIBIT

## In The Matter Of:

*Bynum, et al. v.*
*Government of the District of Columbia*

---

*Deposition of: Keith A. Godwin*
*October 6, 2003*

---

*Miller Reporting Company*
*735 8th Street, SE*
*Washington, DC USA 20003*
*(202) 546-6666*

Original File 1006GODW.ASC, 159 Pages
Min-U-Script® File ID: 1326878865

**Word Index included with this Min-U-Script®**

Page 82

[1] **Q:** What is that? What is the field in the
[2] database?
[3] **A:** It says scheduled event. It is under
[4] Schedule.
[5] **Q:** The table is Schedule or is that still in
[6] Booking?
[7] **A:** No. We move over to page 45.
[8] **Q:** You really know this thing. I have to
[9] give you that.
[10] **A:** Well, I don't necessarily know the
[11] tables, but I know what functionality that is
[12] occurring at.
[13] As I said, the tables, I mean, you really
[14] have to work with this programming. But I do know
[15] the functionality. So, I know what area to go to.
[16] **Q:** Like what table?
[17] **A:** Yes.
[18] **Q:** Page 45. Then Schedule would you say?
[19] **A:** All those three tables combined give you
[20] your information. The Scheduled Event, the
[21] Schedule Location Table and the Schedule Location
[22] itself.

Page 83

[1] **Q:** Can we go through those please?
[2] The first one is Scheduled Event Code
[3] Table?
[4] **A:** Yes.
[5] **Q:** What does that mean, Code Table?
[6] **A:** Well, in setting this up so you can run
[7] queries and programs, you don't say Superior Court.
[8] You have to give Superior Court a code. And
[9] because this is a commercial off-the-shelf package
[10] they had to make it available for maintenance.
[11] Under the maintenance of tables it allows you to
[12] put whatever code you wanted for your jurisdiction.
[13] So, we assigned a code for Superior Court.
[14] **Q:** Now, what about the code documentation?
[15] How do you interpret the codes? Like how do you
[16] know?
[17] I take it these are numbers. The codes
[18] are numbers or are they letters?
[19] **A:** It depends.
[20] **Q:** Well, how about in this Event Code Table?
[21] **A:** I can get the available information, but
[22] I do not remember offhand exactly what the code for

Page 84

[1] Superior Court would be.
[2] **Q:** Well, let me just put that down on that
[3] list.
[4] But there would be some kind of code
[5] documentation that is going to explain the code
[6] system that you use?
[7] **A:** Let me clarify something.
[8] The Legacy system did not have this type
[9] of data in it. There was no data to transfer over
[10] to keep track of that type of information.
[11] The new system, when it was implemented,
[12] the full functionality of the system was not
[13] implemented. I mean, it just wasn't practical. It
[14] just wasn't feasible to say Day One we roll out
[15] everything this new system can do for us.
[16] The approach was we took existing
[17] functionality and made sure that we could continue
[18] existing functionality and then improved upon it
[19] because each module, each additional bed of data,
[20] we saw it as an improvement upon the operations of
[21] the Department and we started to put additional
[22] information on.

Page 85

[1] The Scheduling of Events Codes were not
[2] an initial implementation. The practice was that
[3] we didn't even receive that information.
[4] **Q:** What do you mean we didn't receive that
[5] information? DOC didn't?
[6] **A:** We were not told in advance what the next
[7] scheduled court date would be.
[8] I do not remember off the top of my head
[9] what date we started putting it in, but we do put
[10] it in today.
[11] **Q:** Is there some documents that describe
[12] what the codes are?
[13] **A:** Yes, sir.
[14] **Q:** Is there some kind of documents that
[15] describe —
[16] **A:** Well, there is a description with the
[17] code. If you look under ID, there is an EXT
[18] description. So, along with the code there is a
[19] description.
[20] **Q:** What does EXT stand for?
[21] **A:** Scheduled Event Description.
[22] Why do they say EXT description?

Page 86

[1] Q: Yes.
[2] A: I don't know.
[3] Q: So, actually you say these are the codes,
[4] is that correct, the Schedule Location?
[5] A: No.
[6] Q: I am not following what you are saying.
[7] A: No. These are the event IDs.
[8] Let's be realistic here.
[9] Q: Okay.
[10] A: An event, a court hearing, the location
[11] could be Superior Court, it could be District
[12] Court. The location and event — do you understand
[13] what I am saying — they are not one and the same.
[14] Q: Right.
[15] A: So, that is why there is an Event Code
[16] and then there is a Location Code also.
[17] Q: I see.
[18] A: Okay?
[19] Q: Right.
[20] Now, who would know when these fields
[21] became operational or functional I think is what
[22] you said?

Page 87

[1] A: I have records to reflect.
[2] Q: Well, there is a Table Schedule. Were
[3] these fields functional at the time JAACS took over
[4] from the Legacy system or were they phased in
[5] later?
[6] A: Phased in later.
[7] Q: So, other than this table, these tables,
[8] Schedule Event down through Schedule, for this
[9] category of intakes these would be the only fields
[10] that would relate to — let me back up.
[11] Earlier you were talking about transfers.
[12] You always have to know where somebody is coming
[13] from and where he is going.
[14] How about when a person in this category
[15] of intake comes in? Is this anything to indicate
[16] what his next transfer is going to be?
[17] A: No, sir. Not unless the documentation
[18] contained his next court date.
[19] Q: So, what is the field that relates to
[20] your next court day?
[21] A: Scheduled Event.
[22] Q: I think October 2000 was when JAACS came

Page 88

[1] on line. Is that more or less correct?
[2] A: Yes, sir.
[3] Q: So, there was a period of time beginning
[4] in October 2000 when JAACS was operational or on
[5] line, but still these fields weren't used for a
[6] certain period of time, the next court date field;
[7] is that right?
[8] A: Yes, sir.
[9] As you are aware, I just want to make it
[10] clear for the record, they always aren't reliable.
[11] We still have to receive a come up sheet. Just
[12] because a person has a scheduled court date, if
[13] they aren't on the come up sheet, we have no
[14] control over how things are scheduled in the D.C.
[15] Superior Court or the District Court. As I was
[16] saying, as you are aware, there are postponements,
[17] there are delays, judges call in and say I want to
[18] clear my calendar for the day.
[19] So, it is a piece of data that its
[20] functionality, as far as Department of Corrections
[21] is concerned, is just an additional piece of data,
[22] but nothing but pre-planning of work can be based

Page 89

[1] on it. It doesn't actually drive real work.
[2] Q: I understand.
[3] When the come up does come from the
[4] Superior Court, is there a field that come up
[5] information is entered into?
[6] A: No, sir.
[7] Just so we don't go a long ways on it,
[8] that come up information is reflective of the
[9] transfer, temporary releases. We temporarily
[10] release people to D.C. Superior Court. We
[11] temporarily release people to the District Court
[12] each day. The come up list from the previous day
[13] is reflective. That temporary release is
[14] reflective of that come up list.
[15] Q: We won't get into it in-depth now, but is
[16] it accurate to say that when the information comes
[17] over on a PTR, those names or the names on the PTR
[18] are entered into the temporary release field for
[19] the next day?
[20] A: PTR?
[21] Q: Prisoner Transfer — what is it —
[22] Request, a prisoner transfer list.

# In The Matter Of:

*Bynum, et al.   v.*
*Government of the District of Columbia*

---

*Deposition of: Keith A. Godwin*
*Vol. 2, October 10, 2003*

---

*Miller Reporting Company*
*735 8th Street, SE*
*Washington, DC  USA  20003*
*(202) 546-6666*

*Original File 1010GODW.ASC, 155 Pages*
*Min-U-Script® File ID: 0001250411*

**Word Index included with this Min-U-Script®**

Page 183

[1] arrives for booking at the D.C. Jail and he already
[2] has a DCDC number?
[3]  A: I am not sure of your question.
[4]  Q: If a person arrives at the D.C. Jail to
[5] be booked into DOC custody and he already has a
[6] DCDC number, does that mean that he has previously
[7] been booked into the D.C. Jail?
[8]  A: Yes, sir.
[9]  Q: Now, when a person arrives at the D.C.
[10] Jail to be booked into DOC custody, how did DOC
[11] staff know that person already has a DCDC number,
[12] if in fact he does already have a DCDC number?
[13]  A: Well, there is several factors.
[14] The person is asked, first of all. If
[15] they choose not to tell you the truth, that is
[16] neither here nor there. It still can be
[17] determined. But a person is asked.
[18] Besides being asked, because of the PDID
[19] number, the Police Department Identification
[20] Number, that is linked to history also. So, that
[21] PDID number is unique, just like the DCDC number.
[22] So, that would let you know whether you have

Page 184

[1] someone that has been here before and give you an
[2] indication.
[3] During the initial booking, initial or
[4] subsequent booking, but during the booking process,
[5] certain information is asked of you to begin the
[6] process, your name, your birth date. You put in
[7] the sex, age, race.
[8]  Q: If you would now, could you just go
[9] through pages 2 and 3 of Exhibit 3 and just tell me
[10] which of these data entry screens is data put in
[11] when a person is booked into DOC?
[12]  A: Well, there is only one data entry
[13] screen.
[14]  Q: Okay.
[15]  A: But you want to know which fields?
[16]  Q: Yes.
[17] What are these little boxes called? Data
[18] entry?
[19]  A: Fields.
[20]  Q: Data entry fields.
[21] So, which one of these data entry fields
[22] on the booking screen are used?

Page 185

[1]  A: The box at the top is not a data entry
[2] screen. It is not part of data entry fields.
[3]  Q: Could you circle that when you are
[4] talking about the box at the top?
[5]  A: The selected inmate box.
[6]  Q: Right.
[7]  A: Do you see where it is?
[8]  Q: Okay.
[9]  A: This box right here. This whole section.
[10]  Q: Could you circle that please?
[11]  A: Yes.
[12] (Witness complies.)
[13]  Q: Is that what you were calling the border?
[14]  A: Yes.
[15]  Q: Okay.
[16]  A: You are not able to enter data into this
[17] area.
[18]  Q: So, you have circled that in blue magic
[19] marker; is that right?
[20]  A: Yes.
[21]  Q: What are you marking it as?
[22]  A: With a star.

Page 186

[1]  Q: Okay.
[2]  A: You are not able to enter data into that
[3] area.
[4]  Q: Okay.
[5]  A: That just reflects what is entered into
[6] the other area of the screen.
[7]  Q: Could I take a look at that?
[8]  A: Okay.
[9]  Q: Okay.
[10] Is that read only? Is that what that
[11] means?
[12]  A: Yes.
[13] You stated it was read only and I
[14] answered yes, it is read only.
[15] The original question was we were trying
[16] to determine whether a person has a DCDC number,
[17] has been in the jail. As I stated earlier, the
[18] person is asked. If they furnish that information
[19] to you, that DCDC number is put into the permanent
[20] ID and it will return the information about that
[21] inmate from history.
[22]  Q: So, if you put in the DCDC number and it

Bynum, et al. v. Case 1:02-cv-00956-RCL   Document 105-5   Filed 02/11/04   Page 6 of 14
Government of the District of Columbia
Deposition of: Keith A. Godwin
Vol. 2, October 10, 2003

Page 283

[1] Q: But even if there is no written policy, I
[2] mean, this fellow Steve Fezuk has done it before,
[3] hasn't he?
[4] A: If I answered the question the way you
[5] posed it, that would be Keith Godwin's
[6] interpretation of what should be done. I am not
[7] here to speak about Keith Godwin's interpretation.
[8] I am here to speak of the District of Columbia's
[9] position.
[10] That said, there is no clear-cut way to
[11] do anything of that nature because the databases
[12] are written in different languages. They have
[13] different structures. You always try to improve
[14] the process, as you pointed out, by those stickers.
[15] If you do something, you change it.
[16] The codes. At one time DOC used DOC
[17] codes. I do not know why they did that. As I
[18] started to look at it and had influence, the
[19] decision was made to use the same code that they
[20] use in Superior Court. That in itself will give
[21] you some identical — you referred to it as
[22] identical field. It is not quite that simple. But

Page 284

[1] that gives you something to track something. Until
[2] that process was changed you couldn't.
[3] So, that said, it is a continuing process
[4] to insure data integrity and as new systems are
[5] built things that we know now will be improved
[6] upon.
[7] Q: Well, I think I used the term identical
[8] fields, but it is accurate to say, isn't it, that
[9] there are certain fields in the JAACS database that
[10] capture the same information that is captured in
[11] the Superior Court database, which I believe is
[12] called CIS; is that right?
[13] A: Yes, sir.
[14] Q: I kind of asked two questions there.
[15] The Superior Court system is called CIS,
[16] right?
[17] A: Yes, sir.
[18] Q: Isn't it true that there are certain
[19] fields in the JAACS database that capture the same
[20] information that is captured in the CIS field?
[21] A: In functionality, yes.
[22] Q: Let me take PDID. PDID information is

Page 285

[1] captured in the JAACS database; is that right?
[2] A: Yes, sir.
[3] Q: And the PDID number is also captured in
[4] the CIS database?
[5] A: Yes, sir.
[6] Q: How about Social Security Numbers? Is
[7] that information captured in both databases?
[8] A: To my understanding there is a field.
[9] The CIS database has a field for Social Security.
[10] Q: To your knowledge is that information
[11] generally entered into the fields?
[12] A: To my knowledge, no, sir.
[13] Q: Apart from the PDID field, is there any
[14] other —
[15] A: You are assuming that is put in there all
[16] the time. That is not correct either.
[17] Q: Can you explain that? What is not
[18] correct?
[19] A: It is not all the time recorded.
[20] Q: The PDID number?
[21] A: Yes, sir.
[22] Q: It is not all the time recorded in which

Page 286

[1] database?
[2] A: You will find instances of both.
[3] Q: So, you are saying that the PDID number
[4] for intake into the D.C. Jail is not always
[5] recorded in the booking screen?
[6] A: Yes, sir.
[7] The critical number in the Department of
[8] Corrections is the DCDC number. We can manage an
[9] inmate with just the DCDC number. We need no other
[10] number to manage him.
[11] Those other numbers are kept because it
[12] allows you to track inmates across multiple
[13] agencies, but it is not mandatory in the Department
[14] of Corrections to have any other number but the
[15] DCDC number.
[16] Q: When you say is not mandatory, is there
[17] some Department of Corrections regulation that
[18] mandates that the DCDC number be entered into
[19] JAACS?
[20] A: Yes, sir. The system is designed where
[21] it cannot happen.
[22] Q: Now, based on whatever knowledge you have

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
MARCUS BYNUM, et al.,              :
                                   :
        Plaintiffs,                :
                                   :   Civil Action No.
    v.                             :       02CV956
                                   :
DISTRICT OF COLUMBIA,              :
et al.,                            :
                                   :
        Defendants.                :
                                   :
- - - - - - - - - - - - - - x

Washington, D.C.

Monday, October 20, 2003

The deposition of KEITH GODWIN, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, in the offices of Assistant Corporation Counsel, 441 4th Street, Fourth Floor North, Washington, D.C, convened at 12:00 p.m., before Judy Brown, a notary public in and for the District of Columbia, when were present on behalf of the parties:

1 written to map over all the data.  Different
2 tables, different scripts were run against
3 different tables to accomplish the smooth import of
4 that data.
5    Q    Okay.  Are you able to say whether the
6 migration of the or the importation of the record
7 from CRISYS into JACCS was reliable?
8    A    Yes, it was reliable.
9    Q    Would you consider it highly reliable?
10   A    The importing of the data was highly
11 reliable.  The data itself was not.
12   Q    Can you explain that please.
13   A    CRISYS was not a realtime system.  You
14 have asked me earlier in this deposition what's to
15 ensure that somebody's released when they're
16 released, and I went through the scenario telling
17 you how it keeps the census, it makes sure the
18 count is correct in the jail, when the count is
19 off, it goes into lockdown.  It has to have the
20 count match JACCS.  That was not the case with
21 CRISYS.  Things did not--may not have occurred in
22 realtime.  That was my reasoning for specifying to

1 you when you asked me could I produce a report that
2 told you who was released beyond that date in 24
3 hours. I said October 2000 on, I could, and that's
4 when JACCS came on-line.
5       CRISYS was not dependent on realtime. A
6 person may have left Lorton and still been in
7 CRISYS on the system. We want to make that clear
8 because we don't want to give you erroneous data,
9 and I'm telling you where the data will go to be
10 questionable, and that is before 2000, to give you
11 some of those reports that you asked me could I
12 produce, they may contain erroneous data. No clear
13 example than when I imported the data from CRISYS
14 into JACCS, there were over 2,000, 2,000-some
15 prisoners listed as being in the D.C. Jail, but we
16 knew that wasn't true. D.C. Jail had a cap of
17 1,600, so there were--we cleaned up the data at
18 that time.
19   Q   How did you clean up the data?
20   A   Produced the census and say go find out
21 who's in this jail physically.
22   Q   Head census?

1 record, but the data is stored on a magnetic tape?
2 Do you know what I mean?
3     A    I know what you mean by magnetic tape.
4 What did you ask was stored on magnetic tape?
5     Q    Is there any kind of field in JACCS where
6 the records in the field are not historical fields?
7 What I mean is the data in those fields is just
8 overwritten periodically whether it's every two or
9 three days, but a backup of the data?
10    A    No.
11    Q    There are no such fields?
12    A    No.
13    Q    All right.  Well, then, why don't we
14 today, you know, in the spirit of everything's
15 going to go the route that we discussed, let's
16 knock off for today and let's try to get in touch
17 with Miss Amato, and, you know, then we'll go from
18 there.  I mean, if she says, yes, we can do it the
19 way you're talking to my expert, hey, let's do
20 that.  We won't have to do this again unless we
21 have to do a little mopping up, but otherwise you
22 won't have to come back.  So, let's everybody try

# In the Matter of:

*Marcus Bynum, et al   v.
District of Columbia*

## Deposition of Kenneth Foor
October 17, 2003

*Miller Reporting Company, Inc.
735 Eighth Street, S.E.
Washington, DC  20003
(202) 546-6666*

Original File 1017FOOR.ASC, 99 Pages
Min-U-Script® File ID: 3415172992

## Word Index included with this Min-U-Script®

Page 89

[1] expert, and we can say, okay, given these following
[2] assumptions, you know, what conclusions can you
[3] draw about that kind of thing. So that's why we
[4] want it on the record.
[5]                    BY MR. CLAIBORNE:
[6]     Q: Well, let me ask you a couple of questions
[7] on this one. For example, our understanding is—okay. One
[8] of the things we're trying to do is in
[9] the preconviction phase come up with a list of
[10] people who all of their Superior Court charges have
[11] been released, and then we can go look in JACCS and
[12] say, okay, based on the Superior Court charges,
[13] this person's release date, that is, what we define
[14] as the date the court ordered them released, the
[15] person's release date was, let's say, October 17th,
[16] because if a person came in today, all of his
[17] Superior Court cases are dismissed or whatever,
[18] then he should be free to go, because our
[19] understanding is JACCS doesn't keep that
[20] information for people in preconviction status. It
[21] doesn't have a projected release date.
[22]     A: I don't know.

Page 90

[1]     Q: All right. Have you ever worked on any
[2] kind of project where either the Superior Court or
[3] the DOC has tried to use data in each other's
[4] databases for quality assurance purposes or any
[5] purpose like that?
[6]     A: The court has done that. The court has
[7] taken data from JACCS and run a comparison against
[8] the Superior Court system. And there are, frankly,
[9] data quality issues between the PDIDs, defendant's
[10] name, things of this nature, differences in
[11] spelling which required more than just a computer
[12] to look at to be able to verify that those are the
[13] same ones that—sometimes the data entry messes up
[14] the case number or docket number, and so we don't
[15] have an exact match on every record that they give
[16] us or we give them for those kinds of human
[17] reasons. But we have done that on a periodic
[18] basis, both pre-JACCS and post-JACCS.
[19]     Q: Have you been able to get any use out of
[20] the process?
[21]     A: It is the usual process. You know, it is
[22] not done on a routine basis. It's done on a

Page 91

[1] periodic, required, "let's do a quality check" kind
[2] of a basis.
[3]     Q: Okay. So—
[4]     A: It takes a great amount of resources,
[5] obviously, when you're comparing essentially two
[6] systems' databases together and trying to find the
[7] matches or mismatches, and then obviously the
[8] follow-up. And I believe that there are other
[9] procedures that the court has developed on a more—one basis
[10] of the criminal clerk staff and the
[11] corrections staff so that they can resolve the
[12] issues more quickly.
[13]     Q: What kind of things have they done?
[14]     A: They've established, like, e-mail, contact
[15] name and phone number lists between the two of
[16] those so that they can communicate.
[17]     Q: Well, let's say, for example, when—so
[18] just to—let me back up just a little bit. I'm
[19] trying to understand. Are you saying that people
[20] for JACCS and CIS have compared PDID numbers to
[21] check the accuracy of the PDID numbers and as it
[22] relates to the name?

Page 92

[1]     A: To check the accuracy of data between
[2] their two systems.
[3]     Q: And what type of data?
[4]     A: Predominantly PDID, case number,
[5] defendant's name.
[6]     Q: And then after running your comparisons,
[7] did you make any changes in any of the—
[8]     A: Generally produced a list or an update
[9] where there are differences so that we could—either the
[10] clerk's office or the corrections office
[11] could make their corrections to their own data.
[12]     Q: All right. Are there any data transfers—like my
[13] understanding is there's data transferred
[14] daily between CJIS and CIS?
[15]     A: That's correct.
[16]     Q: Are there any other databases between CIS
[17] and any other system?
[18]     A: Yes. The Criminal Information System
[19] produces disposition information based on each
[20] case, case updates, disposition, things of this
[21] nature, on a daily basis and provides it to the
[22] U.S. Attorney's Office. It also provides it to the

Page 93

[1] Criminal Justice Coordinating Council system called
[2] Justice. I believe those are the two primary that
[3] we share information with.
[4]     It also produces information out of that
[5] criminal system and the calendar data to feed our
[6] informational desk area so that they know what
[7] cases are being held in what courtrooms.
[8]   **Q:** Okay. But there's no data transfer
[9] between the CIS and JACCS?
[10]  **A:** No.
[11]  **Q:** Okay. Well, these disposition fields and
[12] the data entry fields, on page 3, for example, do
[13] you know whether—I mean, are these—do you know
[14] whether the fields in the database are historical
[15] fields? My question is: Is the information in the
[16] field overwritten or is it stored in the database?
[17]  **A:** It's stored historically.
[18]  **Q:** Okay. Now, how about when a person has
[19] more—an in-custody defendant has more than one
[20] court hearing during his period of incarceration?
[21] Let's say he's incarcerated in July.
[22]  **A:** Each of the events are stored.

Page 94

[1]   **Q:** Okay. They're not overwritten?
[2]   **A:** No.
[3]   **Q:** Okay. Can you just—you may have said it
[4] before, but just so I'll know clearly so I can tell
[5] our expert, in order to get this information that
[6] we're trying to get from you, these lists, and
[7] determine exactly what you'd like us to do in terms
[8] of asking for it.
[9]   **A:** You have already outlined the thinking
[10] that, I believe, is required.
[11]  **Q:** Okay.
[12]  **A:** You want essentially two files: one of—and I'm
[13] just going to replay back in a general
[14] sense what you have requested. The non-conviction
[15] dispositions as well as the conviction dispositions.
[16]  **Q:** Right.
[17]  **A:** And you would like to have that organized
[18] by date during the class period.
[19]  **Q:** Right.
[20]  **A:** And, presumably, you want to see the PDID,
[21] defendant's name, the charge, charge code, the

Page 95

[1] disposition for that, and the disposition date.
[2]   **Q:** Well, I guess we'd also like to know what
[3] fields are necessary to do that. I guess if you
[4] gave us all those fields, you'd be saying these are
[5] the fields that are necessary.
[6]   **A:** That's correct.
[7]   **Q:** Okay. Would it be possible, if we wanted
[8] to compare data—what we're ultimately trying to do
[9] is compare data between JACCS and CIS. So, for
[10] example, if a person were sentenced to five days,
[11] we'd want to know by looking at JACCS whether that—how
[12] many
[13] days that person had already been
[14] confined. So then we could calculate, well, at the
[15] time—like, for example, one of our named
[16] plaintiffs was sentenced to 10 days, but she'd
[17] already been held, say, 20 days. So to our way of
[18] thinking, that person was held, overdetained 10
[19] days. So when we're making these comparisons
[20] between the CIS data and the JACCS data, is it
[21] possible to compare a defendant's records using a
[22] field other than a name field, for example, a PDID
[23] field?

Page 96

[1]   **A:** Typically, PDID, case number, name, and
[2] date of birth are the key identifiers to be able to
[3] identify an individual.
[4]   **Q:** Can you say those for me, please, again?
[5]   **A:** PDID, name, date of birth.
[6]   **Q:** Charge number?
[7]   **A:** Case number.
[8]   **Q:** Okay. Is there any way to get it without
[9] the name?
[10]  **A:** PDID is the key without the name.
[11]  **Q:** Okay. So would that be possible for
[12] trying to address privacy concerns?
[13]  **A:** Certainly.
[14]  **Q:** Okay. Given your experience with
[15] comparing, you know, data integrity and so forth,
[16] is the data sufficiently reliable with respect to
[17] that PDID field to do this comparison?
[18]  **A:** I can't give you any quality assurance on
[19] either the court or the JACCS quality. It is a key
[20] field, I will tell you, in the Criminal Information
[21] System, and every effort is made to make it
[22] correct.

Page 97

[1] **Q:** That's the PDID?
[2] **A:** Yes.
[3] **Q:** Okay.
[4] **A:** It should have a high degree of
[5] reliability.
[6] **Q:** All right. I'm just—
[7] **A:** But I don't believe that it is a key field
[8] for the jail system. I'm just not certain whether
[9] it is or not; therefore, I can't speak as to their
[10] reliability.
[11] **Q:** Okay. Well, would it be possible say, for
[12] example, to use PDID, DOB, and case number, and
[13] then have a query that would—well, if you were
[14] trying to avoid using a name field, use those
[15] fields and then it would tell you, well, okay,
[16] there's certain people that we can't tell, it's
[17] very unique based on the name—I mean, based on the
[18] PDID, DOB, and case number field, and in that case
[19] you would have to verify by name?
[20] **A:** That's correct. That would be the
[21] approach.
[22] **Q:** Okay. So it would be possible to, in the

Page 98

[1] first instance, eliminate the name field, and then
[2] have a subset of people who you just had to have
[3] the name field?
[4] **A:** The exceptions could be identified by
[5] name.
[6] **MR. CLAIBORNE:** All right. Well, I think—I mean,
[7] I won't—all things considered, why don't
[8] we just stop right here, suspend things, and then
[9] either we'll work something out with Maria or we'll
[10] try to give you more refined questions or something
[11] like that. Like I say, I understand what your
[12] position is. You came and these are not the kind
[13] of questions you can answer off the top of your
[14] head, so we appreciate that.
[15] **THE WITNESS:** You're welcome.
[16] **MR. CLAIBORNE:** Again, that aside, I
[17] appreciate you coming down and answering the
[18] questions.
[19] Okay. Why don't we just stop right here,
[20] and then I'll talk to Maria and then we'll see
[21] where we go from here.
[22] **MS. PORTER:** Okay.

Page 9

[1] [Whereupon, at 12:30 p.m., the deposition
[2] was concluded.]
[3] [Signature not waived.]