OFFICE OF THE CORPORATION COUNSEL
EQUITY DIVISION
441 INDIANA AVENUE, NW
SIXTH FLOOR
WASHINGTON, DC 20001

December 15, 2003

William Claiborne
717 D Street, NW, Suite 210
Washington, DC 20004

Re: Marcus Bynum, et. al., 02-956

Dear Mr. Claiborne:

Enclosed please find copies of the Release Discrepancy Reports generated from March 2003 to the present time. As you can see there have been only five late releases during this time period.

*Veronica A. Porter*
Veronica A. Porter
Assistant Corporation Counsel



# Records Office Release Discrepancy Report

**Created by:** Steve A. Smith
**Date Created:** 03/14/2003

| | |
|---|---|
| **DCDC Number:** | 234168 |
| **Inmate First Name:** | Carlos |
| **Inmate Last Name:** | Hill |
| **Type of Release Discrepancy:** | Late Release |
| **Correct Release Date:** | 02/15/2003 |
| **Actual Release Date:** | 03/13/2003 |
| **Release Date Discrepancy:** | 26 day(s) |
| **Reason for Discrepancy:** | Staff Misinterpretation of Documents |

### Comments History

While conducting a review and audit of those inmates on the court ordered drug placement list due to our meeting with the Judges and Clerks concerning safety net, I reviewed the record belonging to Inmate Carlos Hill.

My review indicated that on October 9, 2002 the above named inmate was sentenced in case F846-99. The judge further ordered that the inmate be released to the custody of CSOSA for a Drug Program after completion of Safety Net program. On February 10, 2003 contact was made with Rainey Ransome in Superior Court to inquire about a detainer that was placed by MPD for Philadelphia Police Department for this inmate which needed to be addressed before he could be released to CSOSA. We were informed to release the inmate to his detainer.

Inmate Hill was released to the MPD Fugitive Unit to address the detainer. On February 11, 2003 Inmate Hill was committed back to the Jail on a Fugitive Waiver commitment which gave Philadelphia 72 hours to pick up the inmate. Philadelphia decided not to pick up the inmate and therefore the Judge ordered Inmate Hill released on February 15, 2003.

Staff received the release order but misinterpreted the order and determined that the inmate should be held on the original sentencing document wherein the Judge ordered him released to the custody of CSOSA. As a result they refiled the jacket in the Drug Program Drawer.

The inmate had been released from our custody on the previous case and due to that fact you can not go back and hold him on that case irregardless if he was ordered to be released to CSOSA in that particular case. He should have been released on February 15, 2003 in accordance with the order received on that date for the Fugitive Waiver. I confirmed this with Superior Court. Paperwork was prepared and Inmate Hill was released from custody on March 13, 2003.  -- by Steve A. Smith on 3/14/03 8:33:00 AM.
------------------------------------

-- by Steve A. Smith on 3/14/03 8:33:48 AM.
-------------------------------------

Default email recipient list:
Odie Washington
James Anthony
Marvin L. Brown
LaVerne E. Harvey
Sallie Thomas
Gregory E. Jackson
Brenda Baldwin-white
John Pendergraph
Elwood York
Benjamin Collins
Wanda Patten
James Murphy
Thomas P. Hoey
35003A@DCSC.gov
alonzow@DCSC.gov

Other email recipients (if more than one, please separate with a comma):

Created by Steve A. Smith on 3/14/03 8:33:00 AM.
-------------------------------------
Updated by Steve A. Smith on 3/14/03 8:33:48 AM.
Email message sent to recipients on 3/14/03 8:33:48 AM.
-------------------------------------



## Records Office Release Discrepancy Report

**Created by:** Steve A. Smith
**Date Created:** 03/31/2003

| | |
|---|---|
| **DCDC Number:** | 295519 |
| **Inmate First Name:** | Horace |
| **Inmate Last Name:** | Cunningham |
| **Type of Release Discrepancy:** | Late Release |
| **Correct Release Date:** | 03/21/2003 |
| **Actual Release Date:** | 03/31/2003 |
| **Release Date Discrepancy:** | 10 day(s) |
| **Reason for Discrepancy:** | Staff Overlooked Document |

### Comments History

On March 31, 2003 it was brought to our attention that the above named inmate was ordered released in case M417-03 on March 21, 2003.

It was found that the employee who posted the release observed that there was another case listed (T6435-02) on the inmates face sheet in the record which indicated convicted on 1/21/03. He failed to see that the inmate was sentenced in case T6435-02 to 60 days in jail. The sentence computation had been done and the inmate should be released on March 15, 2003 in case T6435-02 due to his jail credit.

Inmate Cunningham should have been released on March 21, 2003 when the release order was received in case M417-03 due to the sentence had expired in case T6435-02. As a result, paperwork was prepared and the inmate was released on March 31, 2003. -- by Steve A. Smith on 4/1/03 5:25:14 PM.
-----------------------------------

Report date changed to 3/31/03 -- by Steve A. Smith on 4/1/03 5:26:01 PM.
-----------------------------------

Default email recipient list:
Odie Washington
James Anthony
Marvin L. Brown
LaVerne E. Harvey
Sallie Thomas
Gregory E. Jackson
Brenda Baldwin-white

John Pendergraph
Elwood York
Benjamin Collins
Wanda Patten
Thomas P. Hoey

Other email recipients (if more than one, please separate with a comma):

Created by Steve A. Smith on 4/1/03 5:25:14 PM.
------------------------------------
Email message sent to recipients on 4/1/03 5:25:14 PM.
------------------------------------
Updated by Steve A. Smith on 4/1/03 5:26:01 PM.
Email message sent to recipients on 4/1/03 5:26:01 PM.
------------------------------------



# Records Office Release Discrepancy Report

**Created by:** John Pendergraph
**Date Created:** 10/30/2003

---

**DCDC Number:** 282105

**Inmate First Name:** KEVIN

**Inmate Last Name:** WILLIAMS

**Type of Release Discrepancy:** Late Release

**Correct Release Date:** 10/20/2003
**Actual Release Date:** 10/29/2003

**Release Date Discrepancy:** 9 day(s)

**Reason for Discrepancy:** Staff Overlooked Document

### Comments History

On October 18, 2003, inmate Kevin Williams, DCDC# 282105 was committed to the Jail on a USMS intransit form 41. A USMS form 41 dated 10/20/03 releasing the intransit hold was received on 10/18/03. Also on 10/18/03 a third USMS form 41 was received as a comeup for US District Court for 10/20/03.

On October 20, 2003, inmate Williams was transferred to US District Court by the USMS pursuant to the comeup request. The inmate returned back from court on a form 41 stating "subject added to District Court load in error, no District Court charges". When this was reviewed by staff it did not raise a concern because this office routinely receives from the USMS, form 41's or PTR's stating inmate sent to court in error.

On October 23, 2003, the inmates record was posted in JACCS, which included the intransit release dated 10/20/03. Staff, at this point failed to note that there was no active charges reflected in JACCS holding this inmate. At this time a question should have been asked as to what the inmate was being held on, this was not done. As a result the inmate was held until 10/29/03 when a casemanger informed the Records Office that the inmate claimed he was not supposed to be in jail and should have been released. A records check confirmed that the intransit hold had been lifted on 10/20/03 and no further holding documents were received from the USMS or the courts. The inmate was released on 10/29/03.

Appropriate action will be taken against the responsible staff. -- by John Pendergraph on 10/30/03 6:10:42 PM.

-----------------------------------

Default email recipient list:
Odie Washington
James Anthony
Steve A. Smith

LaVerne E. Harvey
Sallie Thomas
Gregory E. Jackson
Brenda Baldwin-white
Elwood York
Benjamin Collins
Wanda Patten

Other email recipients (if more than one, please separate with a comma):

Created by John Pendergraph on 10/30/03 6:10:42 PM.
-----------------------------------
Email message sent to recipients on 10/30/03 6:10:42 PM.
-----------------------------------



# Records Office Release Discrepancy Report

**Created by:** John Pendergraph
**Date Created:** 11/13/2003

| | |
|---|---|
| **DCDC Number:** | 237641 |
| **Inmate First Name:** | Anthony |
| **Inmate Last Name:** | Hopkins |
| **Type of Release Discrepancy:** | Late Release |
| **Correct Release Date:** | 10/24/2003 |
| **Actual Release Date:** | 10/27/2003 |
| **Release Date Discrepancy:** | 3 day(s) |
| **Reason for Discrepancy:** | Staff Overlooked Document |

### Comments History

A COR was received on Friday, 10/24/03 for inmate Hopkins but was not acted upon until 10/27/03. The document was not matched to the inmates record, cleared and processed for release in a timely manner. Appropriate action will be taken for staff responsible. -- by John Pendergraph on 11/13/03 7:20:49 AM.

------------------------------------

Default email recipient list:
Odie Washington
James Anthony
Steve A. Smith
LaVerne E. Harvey
Sallie Thomas
Gregory E. Jackson
Brenda Baldwin-white

Other email recipients (if more than one, please separate with a comma):

Created by John Pendergraph on 11/13/03 7:20:49 AM.
------------------------------------
Email message sent to recipients on 11/13/03 7:20:49 AM.
------------------------------------

Created by Chase Ledgergraph on 11/13/03 7:16:11 AM.
---------------------------------------
Email message sent to recipients on 11/13/03 7:16:11 AM.
---------------------------------------



## Records Office Release Discrepancy Report

**Created by:** John Pendergraph
**Date Created:** 11/13/2003

---

**DCDC Number:** 193000

**Inmate First Name:** Ralph

**Inmate Last Name:** McCalip

**Type of Release Discrepancy:** Late Release

**Correct Release Date:** 10/10/2003
**Actual Release Date:** 10/13/2003

**Release Date Discrepancy:** 3 day(s)

**Reason for Discrepancy:** Staff Overlooked Document

### Comments History

A COR was received on Friday, 10/10/03 for inmate McCalip but was not acted upon until 10/13/03. The document was not matched to the inmates record, cleared and processed for release in a timely manner. Appropriate action will be taken for staff responsible. -- by John Pendergraph on 11/13/03 7:16:11 AM.
-----------------------------------

---

Default email recipient list:
Odie Washington
James Anthony
Steve A. Smith
LaVerne E. Harvey
Sallie Thomas
Gregory E. Jackson
Brenda Baldwin-white

Other email recipients (if more than one, please separate with a comma):

Created by John Pendergraph on 11/13/03 7:16:11 AM.
-----------------------------------
Email message sent to recipients on 11/13/03 7:16:11 AM.
-----------------------------------