UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS BYNUM, et al.<br><br>    Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>    Defendant | Civil Action No:   **02-956 (RCL)**<br><br>Next Event: None scheduled |

## ~~PROPOSED~~ UNOPPOSED ORDER

ORDERED that Plaintiffs' Second Motion to Compel be and hereby is GRANTED. Plaintiffs' First Motion to Compel is denied without prejudice.

IT IS FURTHER ORDERED THAT:

1. Within ten calendar days of the date of this Order, Defendant District of Columbia shall produce to plaintiffs at its own cost (1) records from selected fields specified below, from the DC Jail's database JACCS, the District of Columbia Superior Court's database, CIS, and the entire Records Office "discrepancy" databases (databases that records all persons prematurely released or overdetained, as well as other data); (2) code documentation and other documents (in electronic format where available) required to interpret, program and decode the databases, including documents explaining any codes used in the databases, and (3) persons most knowledgeable about the databases for depositions ("database discovery"), including the discovery specified below. The District shall produce the DC Jail's database (JACCS) and the District of Columbia Superior Court's database (CIS) database records in the following format: in delimited ascii text file, free format with delimiters, using a delimiter that does not also perform some other function in the database, and labels which refer to each column in text format, delimited by tabs.

1

2. Without prejudice to the preceding, within ten calendar days of the date of this Order, Defendant District of Columbia shall produce to plaintiffs at its own cost all records from all fields in the DC Jail's database JACCS, the District of Columbia Superior Court's database, CIS, needed to:

> ➢ identify class members including compiling (1) a list of every person who was overdetained and the length of the overdetention, and (2) a list of every person who was returned to the DC Jail with no other pending cases, detainers or warrants, and was then subjected to a blanket strip search after a judge ordered his/her release during the period from May 1, 1999 up to the date the case is terminated;
>
> ➢ compile an arrest and conviction history of class members to create a statistical profile of the class for use in calculating damages whether needed for settlement or trial during the period from May 1, 1997 up to the date the case is terminated; and
>
> ➢ identify a scientifically chosen, statistically significant "sample" of each class so that plaintiffs can try damages on a class-wide basis utilizing sampling and other statistical methodology.

3. Without prejudice to the preceding, within ten calendar days of the date of this Order, Defendant District of Columbia shall produce to plaintiffs at its own cost on a CD or DVD or DVDs, records from the following fields from the period of May 1, 1999 up to the date the case is terminated, except that fields relating to charges and charge dispositions and other fields needed to compile a profile of the charge/arrest history of the class shall be produced from the period of May 1, 1997 up to the date the case is terminated:

| DATABASE | DATA REQUESTED |
| --- | --- |

| Jail database | Records from fields in the following tables: BOOKING, BOND, BLOCA, BONDMASTER, CHARGE HISTORY, CHARGES, DETAINER, DISPOSIT, GOOD TIME, GRIEVE, MOAD, OSF, PHAUDIT, RCLOCA, RTYPE, SCOM, TRHIST. |
|---|---|
| Superior Court database | Each field in the Superior Court database corresponding to each entry in the one page "Update Final Disposition" data entry screen on page 3 of Plaintiffs' Exhibit 3 from the Foor-Cipullo deposition (page 3 attached). |
| Discrepancy databases | Entire databases |

4. Within ten days of the data of this Order, defendant shall provide to plaintiffs' counsel a list of all persons needed by plaintiffs to interpret the database discovery and such persons shall appear for deposition at the office of plaintiffs' counsel William Claiborne during normal business hours on the date specified to defendant's counsel by plaintiffs' counsel within 5 business days of notice by e-mail by plaintiffs' counsel to defendant's counsel.

5. Plaintiffs may depose each of the persons listed therein a second time if plaintiffs wish to.

6. Within ten calendar days of the date of this Order Defendant District of Columbia shall produce to plaintiffs at its own cost on a CD or DVD or DVDs, in the original format and in Excel format, all of the discrepancy data base(s). As used herein discrepancy database includes all databases containing persons released before or after their court ordered release dates and also includes the "release discrepancy database" mentioned on page 391 of the deposition of Steven Smith taken on March 6, 2003.

7. Future discovery misconduct may result in evidentiary sanctions, including exclusion of evidence, exclusion of defenses, and adverse inferences.

3

8. The motion for reference to a magistrate judge is DENIED.

SO ORDERED.

_Royce C. Lamberth_  3/22/04
Royce C. Lamberth
United States District Court Judge

copies to:

Counsel for Plaintiff and the Class:

WILLIAM CLAIBORNE
717 D Street, NW, Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

and

LYNN CUNNINGHAM
Professor of Clinical Law
The George Washington University Law School
2000 G Street, N.W.
Washington, D.C. 20052
Phone: (202)994-7659
Fax: (202)994-4693

and


Barrett S. Litt, Esq.
pro haec vice
Paul J. Estuar, Esq.
pro haec vice
3435 Wilshire Boulevard, Suite 1100
Los Angeles, CA 90010
Phone (213)-386-3114
Fax (213)-380-4585

and

Counsel for District of Columbia

Maria Amato, Esq.
Senior Litigation Counsel
Equity Division

4

441 4th Street, N.W.
Washington, D.C. 20001
(202)442-9779

and

Veronica Porter, Esq.
Senior Litigation Counsel
Equity Division
441 4th Street, N.W.
Washington, D.C. 20001
(202)442-9779
Counsel for District of Columbia

and

Robert Utiger, Esq.
Senior Litigation Counsel
Equity Division
441 4th Street, N.W.
Washington, D.C. 20001
(202)724-6642
Counsel for District of Columbia